UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

EDISON C.,

     Plaintiff,                            Case No. 3:25-cv-76

vs.

COMMISSIONER OF THE SOCIAL          District Judge Michael J. Newman
SECURITY ADMINISTRATION,          Magistrate Judge Caroline H. Gentry

     Defendant.

---

**ORDER: (1) ADOPTING THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE (Doc. No. 10); (2) DISMISSING WITH PREJUDICE PLAINTIFF'S COMPLAINT (Doc. No. 5); AND (3) TERMINATING THIS CASE ON THE DOCKET**

---

This Social Security appeal is before the Court on the Report and Recommendation ("R&R") of United States Magistrate Judge Caroline H. Gentry (Doc. No. 10), to whom this case was referred pursuant to 28 U.S.C. § 636(b).  Judge Gentry recommends that Plaintiff's *pro se* complaint be dismissed with prejudice for want of prosecution.  Noting that no objections have been filed and that the time for filing objections under Fed. R. Civ. P. 72(b) has expired, and having carefully considered this matter,[1] the Court concludes that the R&R sets forth the applicable law and is well reasoned.  Accordingly, it is hereby **ORDERED** that: (1) the R&R is **ADOPTED**; (2) Plaintiff's complaint (Doc. No. 5) is **DISMISSED with prejudice** for want of prosecution; and (3) this case is **TERMINATED** on the docket.

---

[1] The Court has liberally construed in Plaintiff's favor his *pro se* complaint and the documents attached thereto.  Doc. No. 5; *see Estelle v. Gamble*, 429 U.S. 97, 106 (1976).

Pursuant to 28 U.S.C. § 1915(a), the Court **CERTIFIES** that an appeal of this Order would not be taken in good faith and, therefore, the Court **DENIES** Plaintiff leave to appeal *in forma pauperis*.

**IT IS SO ORDERED.**

February 25, 2026         s/*Michael J. Newman*
                  Hon. Michael J. Newman
                  United States District Judge

2